848

Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles Franklin* for petitioners. *Mr. Leo Brown* for respondents.

No. 826. BERGER ET AL. *v.* UNITED STATES. February 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis B. Boudin* for petitioners. *Solicitor General Fahy, Messrs. Douglas B. Maggs* and *Albert A. Spiegel* for the United States.

No. 831. RAMBO ET AL. *v.* UNITED STATES. February 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. George C. Spence* and *Edgar Watkins* for petitioners. *Solicitor General Fahy, Messrs. J. Edward Williams, Vernon L. Wilkinson* and *Miss Wilma C. Martin* for the United States.

No. 842. GREENAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. February 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Geo. B. Thatcher* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Robert N. Anderson* and *Miss Melva M. Graney* for respondent.

No. 851. THATCHER *v.* BLACKER ET AL. February 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Lester H. Loble* and *M. S. Gunn* for petitioner. *Mr. Taylor B. Weir* for respondents.